[No. 70306-4-I.   Division One.   January 27, 2014.]

WILL KNEDLIK, *Appellant*, v. CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-43234-3, Dean Scott Lum, J., entered June 29, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Dwyer, JJ.

[Nos. 41557-7-II; 44377-5-II.   Division Two.   January 28, 2014.]

HAL MOORE ET AL. *Appellants*, v. STEVE'S OUTBOARD SERVICE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Mason County, No. 06-2-00563-9, Toni A. Sheldon, J., entered November 12, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 42897-1-II.   Division Two.   January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE VALENCIA-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00351-7, John P. Wulle, J., entered November 28, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 43191-2-II.   Division Two.   January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN JOSEPH MAUPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00836-1, Michael H. Evans, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.